**UNITED STATES BANKRUPTCY COURT**

NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | DANIEL ZAGAL | § | Case No. 13-12563 |
| | | § | Hon. CAROL A. DOYLE |
| | | § | Chapter 7 |
| | | § | |
| | Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS                                              , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

> 219 S. Dearborn  Street
> 7th Floor
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within     21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at 10:30am     on 10/24/2013   in Courtroom 742     , Dirksen Federal Building          Courthouse,

> 219 S. Dearborn Street
> Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/27/2013          By:  Clerk U. S. Bankruptcy Court
                                          (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**

NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re:  DANIEL ZAGAL | §  §  §  § | Case No.  13-12563  Hon. CAROL A. DOYLE  Chapter 7 |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $11,500.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $11,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $11,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*  ALLAN J. DeMARS | $1,900.00 | $0.00 | $1,900.00 |
| *Trustee, Expenses*  ALLAN J. DeMARS | $25.56 | $0.00 | $25.56 |
| *Attorney for Trustee, Fees*  ALLAN J. DeMARS | $1,350.00 | $0.00 | $1,350.00 |
| *Attorney for Trustee, Expenses*  ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*  U.S. Bankruptcy Court

*Fees, United States Trustee*

Other

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | | $3,275.56 |
| Remaining balance: | | $8,224.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for*     *, Fees* | | | |
| *Attorney for*     *, Expenses* | | | |
| *Accountant for*     *, Fees* | | | |
| *Accountant for*     *, Expenses* | | | |
|     Other | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $0.00 |
| Remaining balance: | | $8,224.44 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00

Remaining balance: $8,224.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $48,575.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | $1,084.34 | $0.00 | $183.00 |
| 2 | American InfoSource LP agent for T Mobile | $1,176.18 | $0.00 | $199.14 |
| 3 | eCAST Settlement Corp, assignee of Chase | $13,464.94 | $0.00 | $2,279.77 |
| 4 | eCAST Settlement Corp, assignee of Chase | $15,454.86 | $0.00 | $2,616.68 |
| 5 | eCAST Settlement Corp, assignee of Chase | $12,596.58 | $0.00 | $2,132.75 |
| 6 | Portfolio Recovery Assoc successor to Citibiann | $4,802.39 | $0.00 | $813.10 |

Total to be paid for timely general unsecured claims: $8,224.44

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-12563-CAD
Daniel Zagal                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: pseamann        Page 1 of 2        Date Rcvd: Sep 25, 2013
                           Form ID: pdf006        Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2013.
db          +Daniel Zagal,   1510 S 50th,   Cicero, IL 60804-1901
20264769    +Cadence Health,   25960 Network Place,   Chicago, IL 60673-1259
20264770    +Cardmember Services,   PO Box 15135,   Wilmington, DE 19886-5135
20264768    +Central DuPage Hospital,   PO Box 739,   Moline, IL 61266-0739
20350941    +Chase Cardmember Svc,   PO Box 15153,   Wilmington, DE 19886-5153
20264771    +Client Services,   3451 Harry S. Truman Blvd,   St. Charles, MO 63301-9816
20264773    +GC Services,   PO Box 3044,   Livonia, MI 48151-3044
20350942    +GC Services Ltd Partnership,   PO Box 5220,   San Antonio, TX 78201-0220
20264774     Health Lab,   25 N. Winfield Road,   Winfield, IL 60190
20264776    +Monarch Recovery Mgmt,   10965 Decatur Rd,   Philadelphia, PA 19154-3210
20264777    +NES of Ohio,   29125 Solon Road,   Solon, OH 44139-3442
20907260    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   successor to CITIBANK, N.A.,
               POB 41067,   Norfolk VA 23541)
20264775    +Planet Fitness,   2300 S. Cicero,   Cicero, IL 60804-2469
20264782    +Sears,   PO Box 183082,   Columubus, OH 43218-3082
20350944     T-Mobile,   PO Box 790047,   St. Louis MO 63179-0047
20264780    +TCF Bank,   101 E. 5th ST,   Suite 101,   St. Paul, MN 55101-1898
20264778    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   4801 Frederica Street,   Owensboro, KY  42301)
20350940    +US Bank,   PO Box 21948,   Eagan, MN 55121-0948
20264779    +Valentine & Kebarteas,   PO Box 325,   Lawrence, MA 01842-0625
20868533     eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20849147     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2013 01:30:27
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
20711366     E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2013 01:30:14     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
20264772    +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2013 01:29:45     GECRB/JCP,   PO Box 960090,
              Orlando, FL 32896-0090
20264781    +E-mail/Text: edinkel@vikingservice.com Sep 26 2013 01:00:30     VCS,   7500 Office Ridge Circle,
              Eden Prairie, MN 55344-3782
                                                                                    TOTAL: 4


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20350943*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790179,   St. Louis, MO 63179)
20868534*    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
20874366*    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0752-1                 User: pseamann              Page 2 of 2                Date Rcvd: Sep 25, 2013
                                     Form ID: pdf006             Total Noticed: 24


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2013 at the address(es) listed below:
          Allan J DeMars    alland1023@aol.com
          Allan J DeMars     on behalf of Trustee Allan J DeMars alland1023@aol.com
          David  Hernandez    on behalf of Debtor Daniel  Zagal david@rehablaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 4